

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURA TAYLOR SWAIN
*Chief Judge*

Tammi M. Hellwig
*Clerk of Court*

## CERTIFICATE OF GOOD STANDING/WALL CERTIFICATE
### File this request form in miscellaneous case number 1:26-mc-2

## ATTORNEY INFORMATION:

Full Name:  _____

Firm/Company Name:  _____

Firm/Company Address:  _____

City/State/Zip code:  _____

Phone Number:  _____

Email:  _____

SDNY Admission Date:  _____

NYS or SDNY Bar Number:  _____

Requesting:        Certificate of Good Standing _____        Wall Certificate _____

SIGNATURE OF ATTORNEY: _____

Note:  Please attach this PDF to your Certificate of Good Standing or Wall Certificate request. Additionally, the fee must be paid via Pay.gov as part of the event request. For assistance with submitting this document, please refer to our website for detailed instruction.

THE HON. CHARLES L. BRIEANT JR.
FEDERAL BUILDING AND COURTHOUSE
300 QUARROPAS STREET
WHITE PLAINS, NY 10601-4150

THE DANIEL PATRICK MOYNIHAN
UNITED STATES COURTHOUSE
500 PEARL STREET, ROOM 820
NEW YORK, NY 10007-1312

THE THURGOOD MARSHALL
UNITED STATES COURTHOUSE
40 FOLEY SQUARE
NEW YORK, NY 10007